UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHANE LEVON JOSEPH,

        Petitioner,

-vs-                                        Case No.  8:03-cv-1499-T-24TGW

JAMES V. CROSBY, JR.,

        Respondent.

_____/

**ORDER**

The Court denied Petitioner Shane Levon Joseph (Joseph's) 28 U.S.C. § 2254 petition for writ of habeas corpus. Joseph has now filed an application for certificate of appealability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

That Joseph's application for certificate of appealability (Doc. No. 17) is denied.

ORDERED at Tampa, Florida, on July 18, 2005.

SUSAN C. BUCKLEW
United States District Judge

Counsel of Record

Shane Levon Joseph